UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SIGNE A. KOVAL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 23-00770-RGA-LDH ) ) |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT ORDER

AND NOW, this _13TH_ day of _February_, 2024, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

_____ J.